IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   04-cr-00228-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2. JONATHAN MENDOZA

        Defendant.

---

ORDER

---

        The government's motion for the full three level acceptance of responsibility

reduction pursuant to §3E1.1 of the United States Sentencing Guidelines having come

before the Court and the Court being fully advised.  It is hereby

        ORDERED that Government's Motion Regarding Acceptance of Responsibility

[ECF Doc. No. 232], filed February 14, 2013, is **GRANTED.**  It is further

        ORDERED that the Defendant receive a reduction of three levels in the base

offense level for acceptance of responsibility as provided by §3E1.1(a) and (b) of the

United States Sentencing Guidelines.

        Dated:  October 24, 2013.

                                BY THE COURT:


                                /s/ Wiley Y. Daniel
                                WILEY Y. DANIEL,
                                SENIOR UNITED STATES DISTRICT JUDGE