**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

---

| | | | |
|---|---|---|---|
| Date: | October 24, 2013 | Probation: | Gary Burney |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Kara Spitler | | |

---

Criminal Case No:  **04-cr-00228-WYD**          <u>Counsel:</u>

UNITED STATES OF AMERICA,                   Jaime A. Pena

       Plaintiff,

v.

**2.  JONATHAN MENDOZA**,                   Matthew C. Golla

       Defendant.

---

**SENTENCING**

---

**11:05 a.m.**     Court in Session - Defendant present (on-bond)

> **Change of Plea Hearing - September 30, 2005, at 10:00 a.m.
> Plea of Guilty - Counts 13 and 14 of Indictment.**

       APPEARANCES OF COUNSEL.

       Court's opening remarks.

11:06 a.m.     Statement and argument on behalf of Government (Mr. Pena).

11:13 a.m.     Statement and argument on behalf of Defendant (Mr. Golla).

11:17 a.m.     Statement and argument on behalf of Government (Mr. Pena).

11:30 a.m.     Statement and argument on behalf of Defendant (Mr. Golla).

11:34 a.m.     Statement and argument on behalf of Government (Mr. Pena).

11:37 a.m.     Statement on behalf of Probation (Mr. Burney).

11:43 a.m.     Statement and argument on behalf of Government (Mr. Pena).

11:47 a.m.     Statement and argument on behalf of Defendant (Mr. Golla).

11:51 a.m.     Statement by Defendant on his own behalf (Mr. Mendoza).

               Court makes findings.

**ORDERED:**   Government's Motion for Decrease for Acceptance of Responsibility [ECF Doc. No. 232], filed February 14, 2013, is **GRANTED.**

               Order is **APPROVED BY THE COURT.**

**ORDERED:**   Government's Motion for Downward Departure Pursuant to 5K1.1 [ECF Doc. No. 234], filed February 14, 2013, is **GRANTED.**

**ORDERED:**   Defendant is placed on **probation** for a term of **5** years.

**ORDERED:**   **Conditions** of **Probation** are:

        (X)    Defendant shall not commit another federal, state or local crime.

        (X)    Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

        (X)    Defendant shall comply with standard conditions adopted by the Court.

        (X)    The Court waives the mandatory drug testing provisions of 18 U.S.C. § 3583(d), because the presentence report indicates a low risk of future substance abuse by the defendant.

        (X)    The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:**   **Special Condition(s)** of **Probation** are:

        (X)    The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.

    (X)       As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court ordered financial obligation in this case.

**ORDERED:**    Defendant shall pay **$200.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**    The court finds that the defendant does not have the ability to pay a fine, so the court will waive the fine in this case.

**ORDERED:**    Defendant to make restitution in the amount of **$477,378.57** to the victim listed in the presentence report.

Restitution is ordered jointly and severally with the following defendants:

| Name | Case Number | Amount |
| --- | --- | --- |
| Kouroush Khajavi | 05-cr-00333-WYD | $3,014,346 |
| Valiollah Raoufi | 04-cr-00228-WYD-01 | $3,014,346 |
| Fedaa Zaqzouq | 04-cr-00231-WYD | $2,000,000 |

*Court determines the defendant does not have the ability to pay interest and the interest requirement is waived for the restitution.*

**ORDERED:**    Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within fourteen (14) days.  Defendant advised of right to appeal in forma pauperis.

**ORDERED:**    Defendant's bond is **EXONERATED**, if applicable.

**ORDERED:**    Government's Motion to Dismiss Remaining Counts [ECF doc. No. 233], filed February 14, 2013, is **GRANTED.**

Order is **APPROVED BY THE COURT.**

**12:19 p.m.**    Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:   1:14**